## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| First Premier Capital, LLC | Civil No. 10-211 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Molecular Imaging of Sarasota, LLC n/k/a U.S. Pet Imaging, LLC, a Florida limited liability company; P.E.T. Consultants, Inc. n/k/a Fusion Healthcare, Inc.; Molecular Imaging Partners, LLC, a Florida limited liability company; Molecular Imaging of Bradenton, LLC, a Florida limited liability company; Molecular Imaging of Charlotte County, LLC, a Florida limited liability company; Molecular Imaging of Brandon, LLC, a Florida limited liability company; 3830 Bee Ridge Road, LLC, a Florida limited liability company; Molecular Imaging Physicians, LLC, a Florida limited liability company; Fusion Healthcare Equipment LLC, a Florida limited liability company; Initi K. Bedi, an individual; Monica K. Bedi, an individual; and Neil S. Bedi, an individual, | |
| Defendants | |

Based upon the parties' Stipulation (Doc. No. 70), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** and without costs to either party. This Order modifies the Court's prior Order dated January 11, 2011 (Doc. No. 69).

Dated: February 10, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge